**H. Slayton Dabney, Jr. (VSB No. 14145)**
**Patrick L. Hayden (VSB No. 30351)**
**McGUIREWOODS LLP**
**One James Center**
**901 East Cary Street**
**Richmond, VA 23219**
**(804) 775-1000**
**Counsel for Debtors and Debtors in Possession**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| | ) | Case Nos. 02-80125, 02-80126 |
| MOTIENT CORPORATION, | ) | 02-80128 and 02-80129-RGM |
| *et al.,* | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF EFFECTIVE DATE

PLEASE TAKE NOTICE that the Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated February 27, 2002 and confirmed pursuant to the Bankruptcy Court's Order Confirming Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code entered April 26, 2002, became effective on May 1, 2002.

Date: May 2, 2002

> McGUIREWOODS LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
> (804) 775-1000
>
> Counsel for Debtors and
> Debtors in Possession

### Certificate of Service

I hereby certify that a true copy of the foregoing was served by first class mail on the parties on the Limited Service List established herein on the 2nd day of May, 2002.

/s/ Sarah B. Boehm

FIN: 92127 v. 1